# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| MARIE GRAHAM, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12-CV-00174-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2015, Order.

Signed:  January 8, 2015

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court